No. D–1734. IN RE DISBARMENT OF BUSBY. Disbarment entered. [For earlier order herein, see *ante*, p. 924.]

No. D–1735. IN RE DISBARMENT OF KIMES. Disbarment entered. [For earlier order herein, see *ante*, p. 924.]

No. D–1738. IN RE DISBARMENT OF BROWN. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1739. IN RE DISBARMENT OF MCDANIELS. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1740. IN RE DISBARMENT OF CRONIN. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1742. IN RE DISBARMENT OF GOBLE. Disbarment entered. [For earlier order herein, see *ante*, p. 978.]

No. D–1761. IN RE DISBARMENT OF HALLOCK. Marcy Miller Hallock, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1762. IN RE DISBARMENT OF PAYNE. Robert Embert Payne, Sr., of Upper Marlboro, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.